# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN P. STUBBS,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO PACIFIC UNIVERSITY, et al.,<br><br>Defendants. | Case No.  1:21-cv-01361-AWI-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT FRESNO PACIFIC UNIVERSITY TO RESPOND TO COMPLAINT<br><br>(ECF No. 5)<br><br>DEADLINE: NOVEMBER 15, 2021 |

On October 22, 2021, a stipulation was filed extending the time for Defendant Fresno Pacific University until November 15, 2021.  (ECF No. 5.)  The Court finds good cause to approve the stipulated request.

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that Defendant Fresno Pacific University shall file a pleading responsive to the complaint on or before **November 15, 2021**.

IT IS SO ORDERED.

Dated:   **October 25, 2021**

UNITED STATES MAGISTRATE JUDGE