# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN P. STUBBS,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO PACIFIC UNIVERSITY, et al.,<br><br>Defendants. | Case No. 1:21-cv-01361-AWI-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT FRESNO PACIFIC UNIVERSITY TO RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JANUARY 18, 2022 AT 11:00 A.M.<br><br>(ECF Nos. 3, 9) |

On November 11, 2021, a stipulation was filed requesting an extension of the time for Defendant Fresno Pacific University to file a responsive pleading until December 20, 2021, to align with the deadline for more recently served Defendants, and to allow further settlement discussions. (ECF No. 9.) The Court finds good cause to approve the stipulated request. The Court shall also continue the scheduling conference currently set for December 14, 2021. (ECF No. 3.)

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

1. Defendant Fresno Pacific University shall file a pleading responsive to the complaint on or before **December 20, 2021**;

1

2. The scheduling conference set for December 14, 2021, is CONTINUED to **January 18, 2022, at 11:00 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:     **November 12, 2021**

UNITED STATES MAGISTRATE JUDGE