# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN P. STUBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO PACIFIC UNIVERSITY, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01361-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 10, 14) |

Plaintiff initiated this action on September 13, 2021.  (ECF No. 1.)  The current deadline for Defendants to file a response to the complaint is December 20, 2021.  (See ECF Nos. 10, 12, 13.)  On December 20, 2021, the parties filed a stipulated request for leave to file a first amended complaint on or before January 10, 2022 and for Defendants to have up to fourteen days of the filing of the amended complaint to file a responsive pleading.  (ECF No. 14.)  The parties proffer that, following meet and confer discussions regarding potential grounds for a motion to dismiss the operative complaint, they agreed to stipulate to permitting plaintiff to file an amended complaint.  (Id.)

The parties are reminded that requests to modify the briefing schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.  Nevertheless, the Court finds good

cause exists to approve the stipulated request. The Court shall also continue the scheduling conference currently set for January 18, 2022, to March 10, 2022.

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint on or before **January 10, 2022**;

2. Defendants' responsive pleading is due **within fourteen (14) days of the filing of the first amended complaint**;

3. The scheduling conference set for January 18, 2022, is CONTINUED to **March 10, 2022, at 10:00 a.m.** in Courtroom 9; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**December 20, 2021**__

UNITED STATES MAGISTRATE JUDGE