# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN P. STUBBS,<br><br>                 Plaintiff,<br><br>         v.<br><br>FRESNO PACIFIC UNIVERSITY, et al.,<br><br>                 Defendants. | Case No. 1:21-cv-01361-AWI-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 18) |

On January 21, 2022, the parties submitted a stipulated request an extension of time to respond to the first amended complaint, from January 24, 2022 to February 7, 2022. (ECF No. 18.) The parties proffer they are engaging in informal settlement discussions and require additional time to continue those discussions and for Defendants to respond to the first amended complaint. (Id.)  The Court finds good cause exists to grant the request.

///
///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that Defendants shall have until **February 7, 2022**, to file a response to the first amended complaint.

IT IS SO ORDERED.

Dated: **January 21, 2022**

_____
UNITED STATES MAGISTRATE JUDGE