# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN P. STUBBS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO PACIFIC UNIVERSITY, et al.,<br><br>    Defendants. | Case No.  1: 21-cv-01361-AWI-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 20)<br><br>MARCH 9, 2022 DEADLINE |

This action was filed on September 13, 2021.  (ECF No. 1.)  On February 7, 2022, the parties filed a notice of settlement.  (ECF No. 20.)  The notice of settlement proffers that the parties anticipate filing dispositional documents by March 9, 2022.  (Id.)  Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  L.R. 160(b).  The Court finds good cause to set the deadline for March 9, 2022, based on the parties' proffer that they are in the process of negotiating the written settlement agreement and are only requesting thirty days to finalize the agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before March 9, 2022.

IT IS SO ORDERED.

Dated: __**February 7, 2022**__

UNITED STATES MAGISTRATE JUDGE

2