# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN P. STUBBS,<br><br>  Plaintiff,<br><br>  v.<br><br>FRESNO PACIFIC UNIVERSITY, et al.,<br><br>  Defendants. | Case No. 1: 21-cv-01361-AWI-SAB<br><br>ORDER GRANTING REQUEST TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 22)<br><br>DEADLINE: MARCH 16, 2022 |

On February 7, 2022, a notice of settlement was filed informing the Court that the parties were in the process of negotiating a written settlement agreement. (ECF No. 20.) On the same date, the Court ordered dispositional documents be filed within thirty (30) days. (ECF No. 21.) On March 9, 2022, the parties filed a request to extend the deadline to file dispositional documents for one additional week. (ECF No. 22.) The Court finds good cause to grant the stipulated request.

///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request to extend the time to file dispositional documents (ECF No. 22) is GRANTED; and

2. The parties shall file dispositional documents on or before March 16, 2022.

IT IS SO ORDERED.

Dated:   **March 10, 2022**

UNITED STATES MAGISTRATE JUDGE